996

No. 772, Misc. VIDA *v.* ROTH, U. S. DISTRICT JUDGE.
C. A. 6th Cir. Certiorari denied. Petitioner *pro se.*
*Solicitor General Marshall, Assistant Attorney General
Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for
respondent.

No. 773, Misc. SKOLNICK *v.* HALLETT ET AL. C. A.
7th Cir. Certiorari denied. 

No. 777, Misc. WILLIAMS *v.* DUNCANSON. C. A. 9th
Cir. Certiorari denied.

No. 783, Misc. JOHNSON *v.* RUSSELL, CORRECTIONAL
SUPERINTENDENT. Super. Ct. Pa. Certiorari denied.

No. 784, Misc. MOOTS *v.* SECRETARY OF HEALTH,
EDUCATION AND WELFARE. C. A. 4th Cir. Certiorari
denied. *Samuel Goldblatt* for petitioner. *Solicitor General Marshall* for respondent. 

No. 787, Misc. DRAPER *v.* RHAY, PENITENTIARY
SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 788, Misc. LOUX *v.* RHAY, PENITENTIARY SUPER-
INTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 794, Misc. ESKRIDGE *v.* RHAY, PENITENTIARY
SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 795, Misc. FAIR *v.* BURNS, GOVERNOR OF FLORIDA.
Sup. Ct. Fla. Certiorari denied.

No. 796, Misc. CAMPBELL *v.* KERNER, GOVERNOR OF
ILLINOIS, ET AL. Sup. Ct. Ill. Certiorari denied.